TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-03-00284-CV






In re Charles Lincoln








ORIGINAL PROCEEDING FROM WILLIAMSON COUNTY






M E M O R A N D U M O P I N I O N



 Relator Charles Lincoln has filed a motion for temporary relief and petition for writ
of mandamus. See Tex. R. App. P. 52.8, 52.10. He has also filed a motion to supplement the record.
We grant the motion to supplement the record, overrule the motion for temporary relief, and deny
the petition for writ of mandamus.



 __________________________________________

 Lee Yeakel, Justice

Before Justices Kidd, Yeakel and Patterson

Filed: June 12, 2003